UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| *In re Florida Panthers TCPA Litigation* | CASE NO. 20-60112-CIV-ALTMAN/Hunt |
|---|---|

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Eric Mittenthal, Anita Jairam, and Kevin Hillow hereby voluntarily dismiss this action without prejudice.

Dated: March 16, 2020

Respectfully submitted,

**CAREY RODRIGUEZ MILIAN GONYA LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

By: */s/ Ruben Conitzer*
David P. Milian (Fla. Bar No. 844421)
*dmilian@careyrodriguez.com*
Ruben Conitzer (Fla. Bar No. 100907)
*rconitzer@careyrodriguez.com*
*ecf@careyrodriguez.com*
Juan J. Rodriguez (Fla. Bar No. 613843)
*jrodriguez.@careyrodriguez.com*
*cperez@careyrodriguez.com*

**HIRALDO P.A.**
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
*mhiraldo@hiraldolaw.com*
(t) 954.400.4713

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq.

                                                                 Florida Bar No. 0100537
*scott@edelsberglaw.com*
20900 NE 30th Ave #417
Aventura, FL 33180
Telephone: 305-975-3320