UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60112-CIV-ALTMAN/Hunt

**ANITA JAIRAM** and **KEVIN HILLOW**,
*individually and on behalf of all*
*others similarly situated*,

       Plaintiffs,

v.

**FLORIDA PANTHERS HOCKEY CLUB, LTD.**,

       Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal ("Notice") [ECF No. 13]. Because the Notice was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is self-executing. Being fully advised, the Court hereby **DISMISSES** the above-styled case **without prejudice**. The Clerk shall **CLOSE** the case, any pending motions are **DENIED as moot**, and all other deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of March 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record